**United States Bankruptcy Court**
**Central District of California**
Riverside
**Judge Wayne Johnson, Presiding**
**Courtroom 304 Calendar**

---

**Wednesday, February 6, 2019**                                    **Hearing Room      304**

---

2:30 PM
**6:16-20485    Rudolph Martinez and Jill A. Martinez**                    **Chapter 13**

#53.00    Motion for relief from stay

MTGLQ INVESTORS VS DEBTORS

Property: 26923 St. Julian Circle, Murrieta, Calif 92563
[Real Prop] Kristin Zilberstein, attorney/movant


Docket      48


**Matter Notes:**

Present: counsel for moving party: _____ J. _ βεηεια _____

_____

( ) The motion is denied. The Court adopts its tentative ruling as the final ruling of
the Court.

( ) The motion is denied for the reasons stated on the record.

(X) The motion is granted based on the final ruling posted by the Court.

( ) The motion is granted. The Court adopts its tentative ruling as the final ruling of
the Court.

( ) The motion is granted for the reasons set forth in the motion and based on the
findings of fact and conclusions of law made on the record. The Court grants the
relief requested in:
        ( ) paragraph(s) _____ of the prayer of the motion.
        ( ) paragraph(s) _____ of the extraordinary relief attachment.
        ( ) section 362(d)(4) based upon ( ) unauthorized transfers of the property
that is the subject of the motion and/or ( ) the filing of prior bankruptcy cases.

---

**United States Bankruptcy Court**
**Central District of California**
**Riverside**
**Judge Wayne Johnson, Presiding**
**Courtroom 304 Calendar**

Wednesday, February 6, 2019                                                    **Hearing Room      304**

2:30 PM
CONT...    **Rudolph Martinez and Jill A. Martinez**                              **Chapter 13**

( ) The motion of the debtor(s) to continue or impose the automatic stay is granted as
to:

    ( ) creditors who were properly served with the motion.

    ( ) the following creditors only: _____

_____

( ) Order to be lodged.    ( ) No lodgement necessary.

( ) Hearing regarding the motion is continued to _____, 2019 at _____
a.m.

( ) Off Calendar

( )_____

_____

_____

**Tentative Ruling:**

**02/06/2019:**

    None.

    **Final Ruling**. This motion for relief from the automatic stay has been set for
hearing on regular notice pursuant to Rule 9013-1(d)(2) of the Local Bankruptcy
Rules. Pursuant to Rule 9013-1(h), the failure of the trustee, the debtor and other
parties in interest to file written opposition at least fourteen days prior to the hearing is
construed as consent to the granting of the motion. *Cf. Ghazali v. Moran*, 46 F.3d 52,
53 (9th Cir. 1995). Furthermore, because the court is granting the relief requested by

**United States Bankruptcy Court**
**Central District of California**
**Riverside**
**Judge Wayne Johnson, Presiding**
**Courtroom 304 Calendar**

**Wednesday, February 6, 2019**                                      **Hearing Room    304**

2:30 PM
CONT...    **Rudolph Martinez and Jill A. Martinez**                         **Chapter 13**
the moving party and for which a *prima facie* case has been established, an actual
hearing is not necessary. *See Boone v. Burk (In re Eliapo)*, 468 F.3d 592, 602 (9th Cir.
2006). Parties who have been properly served with the motion are considered in
default and, as a consequence, the matter will be resolved without oral argument. *See*
Rule 9013-1(j)(3). **No appearance is necessary**.

For the reasons set forth in the motion, the Court hereby finds that sufficient
grounds exist to grant the motion pursuant to 11 U.S.C. § 362(d)(1) with the
following relief:

(1) Termination of the stay to allow movant (and any successors or assigns) to
proceed under applicable non-bankruptcy law to enforce its remedies to obtain
possession of the property, foreclose its lien upon the property and to sell the property.

(2) Waiver of the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3).

(3) The creditor or counsel for the creditor may communicate with the debtors
or counsel for the debtors regarding the property that is the subject of this motion and
the debt owed to the creditor.

(4) Termination of the co-debtor stay.

Counsel for the moving party shall prepare and upload a proposed order after
the date and time of the hearing but no later than seven days thereafter. *See* LBR
9021-1(b)(1)(B) (stating that proposed orders shall be submitted "within 7 days" of the
hearing but "must not be lodged prior to the hearing . . . .").

**Party Information**

**Debtor(s):**

Rudolph Martinez                        Represented By
                                         Patricia M Ashcraft

**Joint Debtor(s):**

Jill A. Martinez                         Represented By
                                         Patricia M Ashcraft

**United States Bankruptcy Court**
**Central District of California**
Riverside
**Judge Wayne Johnson, Presiding**
**Courtroom 304 Calendar**

**Wednesday, February 6, 2019**                                                   **Hearing Room    304**

2:30 PM

**CONT...        Rudolph Martinez and Jill A. Martinez**                                   **Chapter 13**

**Trustee(s):**
Rod  Danielson (TR)                              Pro Se